**Order entered January 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00420-CR

### JUSTIN KRISS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. MB10-60533-B**

## ORDER

The Court **REINSTATES** the appeal.

On December 20, 2012, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is represented by retained counsel Melvyn Bruder; (3) Mr. Bruder's explanation for the delay in filing appellant's brief is the holiday season and his workload; and (4) Mr. Bruder will file appellant's brief on or before January 28, 2013.

We received appellant's brief on January 28, 2013 and **ORDER** it filed as of the date of this order.

/s/     DAVID W. EVANS
        JUSTICE